## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK GRAVOIS, ET AL.** | ***CIVIL NO. 6:12-2830** |
| **VERSUS** | ***MAGISTRATE JUDGE HILL** |
| **LOUIS ACKAL, ET AL.** | ***BY CONSENT OF THE PARTIES** |

### JUDGMENT OF DISMISSAL

The Court having been advised that the above action has been settled;

**IT IS ORDERED** that this action is **DISMISSED.**  Within sixty (60) days of the date of this Order, upon good cause shown, the parties may move to reopen this action if settlement is not consummated.

Signed this 16th day of September, 2013, at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE